## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAN WORLD BRANDS LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-724-KAJ |
| | ) | |
| CATERPILLAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Pan World

Brands Limited ("Pan World"), by and through its attorneys, hereby voluntarily stipulates and

agrees that all claims brought by Plaintiff in the above-captioned action are hereby dismissed

with prejudice, each party to bear its own costs.

ASHBY & GEDDES

/s/ *John G. Day*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Pan World Brands Limited*

Dated: February 22, 2006
166926.1